Richard C. BANEY, Appellant

v.

William F. WARD, Chairman and
Pennsylvania Board of Probation
Parole, Appellees.

Supreme Court of Pennsylvania.

March 4, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of March, 2004, the above captioned appeal is quashed as untimely pursuant to 42 Pa.C.S. § 5571 and Pa. R.A.P. 105(b).